__Chris Wilson, Courtroom Deputy
_x_Anna Grilley, Law Clerk

_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
Time Commenced: _9:04_____

04/02/2019 09:00 am

TESTIMONY __
EXHIBITS__

**MATTERS/APPEARANCES/CASE NAME/NUMBER**:
FH: Motion to Dismiss Adversary Proceeding filed by Timothy and Stacey Delgado (Doc. 66)
FH: Tr's Motion for Order Nunc Pro Tunc Extending Time to Serve Delgados (Doc. 71)

Defs, Delgados: Joel Gaffney, obj M Ext Time#72
Plf, Y. Gonzales, Tr.: Chris Gatton, objMTD#68

Gonzales v. Delgado et al, Case No. 17-01051-j

**SUMMARY:**
The Court took judicial notice of the docket in the adversary proceeding (17-1051) and in the underlying bankruptcy case (15-11800) and the papers filed on the dockets. To the extent that there is hearsay contained in the docket of which the Court took judicial notice, the Court will not consider the hearsay for the truth of the matter asserted.

Yvette Gonzales, chapter 7 trustee, was sworn in at 9:44 a.m. Timothy Delgado was sworn in at 9:45 a.m.

The Court took the matter under advisement.